IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00571-BNB

STEPHAN DARRIS,

Plaintiff,

v.

PAROLE OFFICER JAMES BERTOLAS, and
PAROLE OFFICER ISMAEL SANDOVOL,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 26 2009

GREGORY C. LANGHAM
CLERK

## ORDER ASSIGNING CASE

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal and that the case should be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. The case will be assigned to Judge Philip A. Brimmer pursuant to D.C.COLO.LCivR 40.1C.1. and to Magistrate Judge Kathleen M. Tafoya. Accordingly, it is

ORDERED that this case shall be assigned to Judge Philip A. Brimmer pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Kathleen M. Tafoya.

DATED March 26, 2009, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00571-BNB

Stephan Darris
Prisoner No. 98045
Denver County Jail
P.O. Box 1108
Denver, CO 80201

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 3/26/09

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk