IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| Civil Action No. 09-cv-00571-PAB-KMT | FTR |
| Date: March 16, 2010 | Debra Brown, Deputy Clerk |
| STEPHAN DARRIS, | Pro se (Telephone) |
| Plaintiff. | |
| v. | |
| JAMES BERTOLAS, et al. | Alison F. Kyles |
| Defendant. | |

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**

**Court in Session: 10:27 a.m.**

Court calls the case. Appearance by Plaintiff, pro se and of Counsel.

Opening statements by the Court regarding Defendant's [30] MOTION to Compel, filed January 26, 2010.
Request for Counsel and Statements by Mr. Darris.

**ORDERED:** Plaintiff's Oral Motion for pro bon counsel is **DENIED.**

**ORDERED:** Defendant's [30] MOTION to Compel, filed January 26, 2010 is **GRANTED.**

**ORDERED:** Pursuant to Rule 37(a)(5) the Court will award costs and fees incurred for Defendant' to file the motion. Defendant shall file an itemization of fees and costs on or before March 26, 2010. Plaintiff shall file any objection to the itemization of fees and costs on or before April 02, 2010.

**ORDERED:** Plaintiff's Oral Motion for Recusal of Magistrate Judge is **DENIED.**

**ORDERED:** Plaintiff is advised that pursuant to Federal Rule 37(b)(2) the court will issue a Recommendation that the case be dismissed for Plaintiff's failure to participate in discovery, failure to respond, failure to accept and receive mail relating to this case.

**Court in recess: 10:41 a.m.**
Total In-Court Time 0:14; hearing concluded
*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.